AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
2019 MAR 22  PM 12:00
U.S. MARSHALS SERVICE
Southern District of Iowa

United States of America
v.
MARCUS ANTWON HUNT

Case No.  4:19-MJ-164

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* MARCUS ANTWON HUNT,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(b)(1)(C) - Conspiracy to distribute controlled substances
21 U.S.C. § 841(a)(1), (b)(1)(C) - Distribution of controlled substances

Date: 03/22/2019

*Issuing officer's signature*

City and state: Des Moines, Iowa

Helen C. Adams, Chief United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 3/22/2019 and the person was arrested on (date) 3/27/2019
at (city and state) Des Moines, IA.

Date: 3/27/2019

*Arresting officer's signature*

TFO Jeff Hinrichs
*Printed name and title*